IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                        No. 3:19-cv-57-DPM

CAMERON SAILOR, Probation/                                     DEFENDANT
Parole Officer

## JUDGMENT

Webster's complement is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019